**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-23753-CIV-WILLIAMS**

ERNESTO GARCIA,

Petitioner,

vs.

KROME NORTH SERVICE
PROCESSING CENTER,

Respondent.
________________________________/

## ORDER

**THIS MATTER** comes before the Court *sua sponte*. On May 28, 2026, Petitioner Ernesto Garcia ("***Petitioner***") filed a "Letter" docketed by the Clerk of Court as a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241 ("***Petition***"). (DE 1.) In the letter, Petitioner states he has been in immigration custody for almost five months. (*Id.* at 1.) On June 18, 2026, the Court entered an Order requiring the filing of an amended petition, on or before July 6, 2026, on the authorized form provided with the Order. (DE 9 at 3.) Petitioner was cautioned "that failure to comply with this Order will result in dismissal of this action without prejudice . . .." (*Id.* at p. 4.) Further, the Court's May 28, 2026 Instructions to *Pro Se* Litigant stated in relevant part that *pro se* litigants, like all counseled litigants, must "take all actions necessary to comply with the Federal and Local Rules and the Court's Orders. (DE 4 at p. 1.) To date, Petitioner has failed to comply with the Court's Order requiring the filing an amended petition.

Rule 41(b) of the Federal Rules of Civil Procedure states, "If [a] plaintiff [or petitioner] fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). "Although [Rule 41(b)] is phrased in terms of dismissal on the motion of the defendant, it is clear that the power is inherent in the [C]ourt and may be exercised *sua sponte* whenever necessary to achieve the orderly and expeditious disposition of cases." *Solis v. CitiMortgage, Inc.*, 700 F. App'x 965, 969 (11th Cir. 2017) (quoting

*Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)); *see also Dynasty Mgmt., LLC v. Alsina*, 2016 WL 9382937, at *2 (S.D. Fla. Oct. 5, 2016) (citations omitted) ("A district court has the authority to *sua sponte* dismiss a case under its inherent power to manage its docket . . . dismiss[ing] an action for failure to comply with local rules, such as those mandating the time for response to motions . . . or for want of prosecution when necessary to maintain the orderly administration of justice . . . ."). Petitioner has not complied with the Court's order, having failed to file an amended petition on or before the July 6, 2026 deadline and has failed to seek an extension of time to do so. Accordingly, after review of the pertinent portions of the record and relevant authorities, it is

It is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.
2. Any pending motions are **DENIED AS MOOT**.
3. Any forthcoming deadlines, hearings, and/or trial settings are **CANCELED**.
4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 5th day of August, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

**Ernesto Garcia, *Pro Se***
Alien # 074029768
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

**MaryEllen M. Farrell Gieseler, AUSA**
United States Attorney's Office
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Email: maryellen.gieseler@usdoj.gov